**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Civil Action No. 11-CV-01237-REB-DLW**

**VIESTI ASSOCIATES, INC.,**

**Plaintiff,**

**vs.**

**THE McGRAW-HILLCOMPANIES, INC., and
JOHN DOES 1 through 10,**

**Defendants.**

---

**ORDER RE: UNOPPOSED MOTION FOR LEAVE TO FILE
FIRST AMENDED COMPLAINT [DOC. #59]**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Plaintiff's Unopposed Motion for Leave to File First Amended Complaint [Doc. #59] was

referred to the Magistrate Judge by Judge Robert E. Blackburn on March 9, 2012.

**IT IS HEREBY ORDERED** that Plaintiff's Unopposed Motion for Leave to File First

Amended Complaint [Doc. #59] is **GRANTED**.

Good cause exists to allow Plaintiff to amend its Complaint, no delay in the proceedings will

occur, and no prejudice is cause.

**DATED: March 9, 2012.**

**BY THE COURT:**

**s/David L. West**
**United States Magistrate Judge**