### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Magistrate Judge David L. West

_____

### CIVIL COURTROOM MINUTES

_____

**Civil Action No.: 11-CV-01237-REB-DLW**          **Date: July 19, 2012**
**Secretarial Assistant: Shirley W. Dills**          **Tape No.: FTR**

_____

**VIESTI ASSOCIATES, INC.,**

                         **Attorney: Christopher Seidman**

**Plaintiff,**

**v.**

**McGRAW-HILL COMPANIES, INC.,**

                         **Attorneys: Christopher Bealle**
                                        Michael Beylkin

**Defendant.**

_____

**HEARING: Plaintiff's Motion to Compel and Motion for Sanctions [Doc. #96]**
                **Defendant's Motion for Leave to Conduct Discovery [Doc. #94]**

**Court in Session: 3:03 p.m.**

Hearing conducted by teleconference.

Counsel present by telephone were: Christopher Seidman, for Plaintiff and Christopher Bealle and Michael Beylkin for Defendant.

Court takes up Motion to Compel and Motion for Sanctions [Doc. #96] first.

Court hears arguments of counsel.

Court finds good cause exists to allow amendment of Scheduling Order and Final Pretrial Order to reopen discovery and the production of documents pertaining to overprinting claims between 2005 and 2011 and the 30(b)(6) deposition of Heidi Kidwell for 2006 and Jane Hoffheldt for 2010.  If

Ms. Hoffheldt is not available Defendant must provide another person for the deposition. Depositions to be completed by August 6, 2012.

**IT IS HEREBY ORDERED:**

> **Plaintiff's Motion to Compel [Doc. #96] is GRANTED** to the extent a specific list of documents wanted regarding the $800,000.00 payment in 2010 is prepared by Plaintiff and furnished to Mr. Beall.  A list must be prepared and furnished to Mr. Beall as to other two payments in 2010.  Documents must be furnished by August 1, 2012.
>
> **Plaintiff's Motion for Sanctions [Doc. #96] is DENIED**.

Court takes up Defendant's Motion for Leave to Conduct Discovery [Doc. #94]

Court hears arguments of counsel.

Court finds good cause exists to reopen discovery period to allow Defendant to depose Michael Harmon as said discovery...is reasonably calculated to lead to the discovery of admissible evidence and to amend the Scheduling Order and/or Final Pretrial Order.

**IT IS HEREBY ORDERED:**

> **Defendant's Motion for Leave to Conduct Discovery Regarding Previously Undisclosed Witness [Doc. #94] is GRANTED.**  Deadline for deposition of Michael Harmon is August 6, 2012, however, Court not ordering the presence of Mr. Harmon.

**IT IS FURTHER ORDERED:**

> As to both motions, that the parties cooperate in providing the depositions and furnish proof to the Court by August 6, 2012

Hearing Concluded
**Court in Recess: 3:44 p.m.**
Time: 41 Minutes