**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01237-REB-DLW

VIESTI ASSOCIATES, INC.,

    Plaintiff,

v.

THE McGRAW-HILL COMPANIES, INC, and
JOHN DOES 1 through 10,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before the court on the **Joint Stipulation of Voluntary Dismissal Under FED. R. CIV. P. 41(a)(1)(A)(ii)** [#136][1] filed August 24, 2012. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismiss with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulation of Voluntary Dismissal Under FED. R. CIV. P. 41(a)(1)(A)(ii)** [#136] filed August 24, 2012, is **APPROVED**;

2. That the jury trial set to commence August 20, 2012, is **VACATED**;

3. That any pending motion is **DENIED** as moot; and

---

[1] "[#136]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated August 24, 2012, at Denver, Colorado.

BY THE COURT:

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge